RICHARD E. ZUCKERMAN
PRINCIPAL DEPUTY ASSISTANT ATTORNEY GENERAL

MAHANA K. WEIDLER (MD BAR)
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 683, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044-0683
TEL.: (202) 616-1955
FAX: (202) 307-0054
EMAIL: *mahana.k.weidler@usdoj.gov*

*Of Counsel:*
DAVID L. ANDERSON (CABN 149604)
UNITED STATES ATTORNEY

*Counsel for the United States of America*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>    Plaintiff,  )<br><br>    v.  )<br><br>ASSOCIATED SYSTEMS APPLICATION  )<br>PROFESSIONALS, INC.,  )<br>EDDIES BOOKSTORES, INC.,  )<br>GOLDIE BOOK STORES, INC.,  )<br>ARCHIVES MANAGEMENT CORP.,  )<br>d/b/a BAY MANAGEMENT CORP.,  )<br>SHIZUE ENTERPRISES, INC.,  )<br>INTER-REGIONAL SERVICE CORP.,  )<br>BLUE COVE PROPERTIES, LTD.,  )<br>DISCOUNT VIDEO CENTER, INC., d/b/a  )<br>ADULT SUPERSOURCE,  )<br>PROFIT PAK, INC.,  )<br>HIDEAWAY BOOKS, INC., d/b/a  )<br>FOLSOM GULCH,  )<br>STANS VIDEO, INC., d/b/a STANS OF  )<br>HOLLYWOOD,  )<br>TURK STREET BOOKS, INC., d/b/a  )<br>XANADU, and  )<br>FEDERATED BOOKS, INC., d/b/a  )<br>HOLLYWOOD BOOKS,  )  | Case No. 3:20-cv-9101<br><br><br>**COMPLAINT** |

Defendants.

The United States of America brings this civil action against the defendants named above to reduce to judgment certain unpaid federal tax assessments made against defendants Associated System Application Professionals, Inc. ("ASAP"), Eddies Bookstores, Inc., Goldie Book Stores, Inc., Archives Management Corp., d/b/a Bay Management Corp., Shizue Enterprises, Inc., Inter-Regional Service Corp. ("IRSC"), Blue Cove Properties, LTD, Discount Video Center, Inc., d/b/a Adult Supersource, Profit Pak, Inc., Hideaway Books, Inc., d/b/a Folsom Gulch, Stans Video, Inc., d/b/a Stans of Hollywood, Turk Street Books, Inc., d/b/a Xanadu, and Federated Books, Inc., d/b/a Hollywood Books.

## JURISDICTION AND VENUE

1. This action is authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States, in accordance with 26 U.S.C. ("I.R.C.") § 7401.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and I.R.C. § 7402.

3. Venue is proper in the Northern District of California pursuant to 28 U.S.C. §§ 1391(b) and 1396, federal tax liabilities that are the subject of this action arose in this judicial district.

## DEFENDANTS

4. Defendant ASAP is a service provider that provides routine maintenance and repair support for one or more of the defendants named in this action. ASAP is registered in the State of California and operates within this judicial district. ASAP is named as a party to this suit because it has unpaid federal tax liabilities.

5. Defendant Eddies Bookstores, Inc., is an adult entertainment store registered in the State of California and operating within this judicial district. Eddies Bookstores is named as a party to this suit because it has unpaid federal tax liabilities.

6. Defendant Goldie Book Stores, Inc., is an adult entertainment store registered in the State of California and operating within this judicial district. Goldie Book Stores is named as a party to this suit because it has unpaid federal tax liabilities.

7. Defendant Archives Management Corp., d/b/a Bay Management Corp., is an adult entertainment store registered in the State of California and operating within this judicial district. Archives Management is named as a party to this suit because it has unpaid federal tax liabilities.

8. Defendant Shizue Enterprises, Inc., is an adult entertainment store registered in the State of California and operating within this judicial district. Shizue Enterprises is named as a party to this suit because it has unpaid federal tax liabilities.

9. Defendant IRSC is a service provider that performs cash courier services for one or more of the defendants named in this action. IRSC is registered in the State of California and operates within this judicial district. IRSC is named as a party to this suit because it has unpaid federal tax liabilities.

10. Defendant Blue Cove Properties, LTD is an adult entertainment store registered in the State of California and operating within this judicial district. Blue Cove Properties is named as a party to this suit because it has unpaid federal tax liabilities.

11. Defendant Discount Video Center, Inc., d/b/a Adult Supersource is an adult entertainment store registered in the State of California and operating within this judicial district. Discount Video Center is named as a party to this suit because it has unpaid federal tax liabilities.

12. Defendant Profit Pak, Inc., is an adult entertainment store business registered in the State of California and operating within this judicial district. Profit Pak is named as a party to this suit because it has unpaid federal tax liabilities.

13.   Defendant Hideaway Books, Inc., d/b/a Folsom Gulch is an adult entertainment store registered in the State of California and operating within this judicial district. Hideaway Books is named as a party to this suit because it has unpaid federal tax liabilities.

14.   Defendant Stans Video, Inc., d/b/a Stans of Hollywood is an adult entertainment store registered in the State of California and operating within this judicial district. Stans Video is named as a party to this suit because it has unpaid federal tax liabilities.

15.   Defendant Turk Street Books, Inc., d/b/a Xanadu is an adult entertainment store registered in the State of California and operating within this judicial district. Turk Street Books is named as a party to this suit because it has unpaid federal tax liabilities.

16.   Defendant Federated Books, Inc., d/b/a Hollywood Books is an adult entertainment store registered in the State of California and operating within this judicial district. Federated Books is named as a party to this suit because it has unpaid federal tax liabilities.

## FACTS

### *Federal Tax Assessments*

17.   On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *ASAP* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Type and Amount of Assessment | | Unpaid Balance[1] (as of 9/30/2020) |
|---|---|---|---|---|
| 2009Q1 | 08/10/2009 | Employment Tax (Form 941): | $ 61,280.76 | $ 68,939.76 |
| | | Tax Deposit Penalty: | $ 6,128.06 | |
| | | Failure to Pay Penalty: | $ 1,225.62 | |
| | | Interest: | $ 688.81 | |
| | 09/14/2009 | Tax Deposit Penalty: | $ 3,064.04 | |
| | 08/29/2011 | Failure to Pay Penalty: | $ 14,094.57 | |
| | 11/24/2014 | Interest: | $ 13,013.47 | |
| | 11/28/2016 | Interest: | $ 4,027.90 | |
| | 11/27/2017 | Interest: | $ 2,539.74 | |
| | 04/30/2018 | Collection Fees: | $ 268.00 | |
| | 05/14/2018 | Collection Fees: | $ 208.00 | |
| | 11/26/2018 | Interest: | $ 3,063.78 | |
| | 03/18/2019 | Collection Fees: | $ 364.00 | |
| | 11/25/2019 | Interest: | $ 3,732.05 | |
| 2009Q2 | 10/26/2009 | Employment Tax (Form 941): | $ 66,591.78 | $ 68,263.79 |
| | | Tax Deposit Penalty: | $ 6,659.17 | |
| | | Failure to Pay Penalty: | $ 998.88 | |
| | | Interest: | $ 637.91 | |
| | 11/30/2009 | Tax Deposit Penalty: | $ 3,329.59 | |
| | 08/29/2011 | Failure to Pay Penalty: | $ 14,317.23 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 1,331,84 | |
| | 11/24/2014 | Interest: | $ 13,340.22 | |
| | 11/28/2016 | Interest: | $ 4,514.64 | |
| | 11/27/2017 | Interest: | $ 2,836.51 | |
| | 11/26/2018 | Interest: | $ 3,412.19 | |
| | 11/25/2019 | Interest: | $ 4,008.16 | |
| 2009Q3 | 02/08/2010 | Employment Tax (Form 941): | $ 55,081.76 | $ 46,057.02 |
| | | Tax Deposit Penalty: | $ 5,508.17 | |
| | | Failure to Pay Penalty: | $ 1,101.64 | |
| | | Interest: | $ 606.92 | |
| | 03/15/2010 | Tax Deposit Penalty: | $ 2,754.09 | |
| | 04/05/2010 | Collection Fees: | $ 36.00 | |
| | 08/29/2011 | Failure to Pay Penalty: | $ 9,088.48 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 3,580.00 | |
| | 11/24/2014 | Interest: | $ 10,085.82 | |
| | 11/28/2016 | Interest: | $ 3,660.69 | |
| | 11/27/2017 | Interest: | $ 2,299.97 | |
| | 11/26/2018 | Interest: | $ 2,798.02 | |
| | 11/25/2019 | Interest: | $ 2,849.66 | |

[1] Including penalties, statutory accruals, and adjustments or abatements.

| Tax Period | Assessment Dates | Type and Amount of Assessment | | Unpaid Balance[1] (as of 9/30/2020) |
|---|---|---|---|---|
| 2009Q4 | 04/26/2010 | Employment Tax (Form 941): | $ 59,956.36 | $ 51,160.89 |
| | | Tax Deposit Penalty: | $ 5,583.34 | |
| | | Failure to Pay Penalty: | $ 775.66 | |
| | | Interest: | $ 483.91 | |
| | 05/31/2010 | Tax Deposit Penalty: | $ 2,585.53 | |
| | 06/07/2010 | Collection Fees: | $ 36.00 | |
| | 08/29/2011 | Failure to Pay Penalty: | $ 8,015.13 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 4,136.84 | |
| | 11/24/2014 | Interest: | $ 8,799.48 | |
| | 11/28/2016 | Interest: | $ 3,012.56 | |
| | 11/27/2017 | Interest: | $ 1,892.78 | |
| | 11/26/2018 | Interest: | $ 2,240.79 | |
| | 11/25/2019 | Interest: | $ 2,629.03 | |
| 2010Q1 | 08/30/2010 | Employment Tax (Form 941): | $ 52,494.69 | $ 27,653.18 |
| | | Tax Deposit Penalty: | $ 4,803.07 | |
| | | Failure to Pay Penalty: | $ 704.62 | |
| | | Interest: | $ 474.17 | |
| | 10/04/2010 | Tax Deposit Penalty: | $ 1,761.56 | |
| | 10/11/2010 | Collection Fees: | $ 36.00 | |
| | 08/29/2011 | Failure to Pay Penalty: | $ 2,113.88 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 4,932.37 | |
| | 11/25/2013 | Failure to Pay Penalty: | $ 1,056.94 | |
| | 11/24/2014 | Interest: | $ 4,882.73 | |
| | 11/28/2016 | Interest: | $ 1,473.67 | |
| | 11/27/2017 | Interest: | $ 925.89 | |
| | 11/26/2018 | Interest: | $ 1,126.38 | |
| | 11/25/2019 | Interest: | $ 1,398.01 | |
| | 10/05/2020 | Collection Fees: | $ 448.00 | |

| Tax Period | Assessment Dates | Type and Amount of Assessment | | Unpaid Balance[1] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q2 | 09/27/2010 | Employment Tax (Form 941): | $ 60,396.31 | $ 13,648.26 |
| | | Late Filing Penalty: | $ 456.01 | |
| | | Tax Deposit Penalty: | $ 5,746.34 | |
| | | Failure to Pay Penalty: | $ 101.34 | |
| | | Interest: | $ 67.52 | |
| | 11/01/2010 | Interest: | $ 506.68 | |
| | 08/29/2011 | Failure to Pay Penalty: | $ 557.34 | |
| | 11/21/2011 | Collection Fees: | $ 126.00 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 1,418.71 | |
| | 11/25/2012 | Failure to Pay Penalty: | $ 456.01 | |
| | 11/24/2014 | Interest: | $ 1,939.41 | |
| | 11/28/2016 | Interest: | $ 664.35 | |
| | 11/27/2017 | Interest: | $ 457.13 | |
| | 11/26/2018 | Interest: | $ 556.12 | |
| | 11/25/2019 | Interest: | $ 690.23 | |
| | 08/31/2020 | Collection Fees: | $ 216.00 | |
| 2010Q3 | 02/07/2011 | Employment Tax (Form 941): | $ 56,292.21 | $ 43,266.32 |
| | | Tax Deposit Penalty: | $ 5,629.22 | |
| | | Failure to Pay Penalty: | $ 1,125.84 | |
| | | Interest: | $ 554.82 | |
| | 03/14/2011 | Tax Deposit Penalty: | $ 2,814.61 | |
| | 08/29/2011 | Failure to Pay Penalty: | $ 1,688.77 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 7,880.91 | |
| | 11/25/2013 | Failure to Pay Penalty: | $ 3,377.53 | |
| | 11/24/2014 | Interest: | $ 7,167.25 | |
| | 11/28/2016 | Interest: | $ 3,239.31 | |
| | 11/27/2017 | Interest: | $ 2,081.43 | |
| | 11/26/2018 | Interest: | $ 2,215.64 | |
| | 11/25/2019 | Interest: | $ 2,223.35 | |

| Tax Period | Assessment Dates | Type and Amount of Assessment | | Unpaid Balance[1] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q4 | 05/23/2011 | Employment Tax (Form 941): | $ 62,904.29 | $ 56,534.53 |
| | | Late Filing Penalty: | $ 2,830.69 | |
| | | Tax Deposit Penalty: | $ 6,290.43 | |
| | | Failure to Pay Penalty: | $ 1,258.09 | |
| | | Interest: | $ 704.28 | |
| | 06/27/2011 | Tax Deposit Penalty: | $ 3,145.21 | |
| | 08/29/2011 | Failure to Pay Penalty: | $ 1,258.08 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 9,435.65 | |
| | 11/25/2013 | Failure to Pay Penalty: | $ 3,774.25 | |
| | 11/24/2014 | Interest: | $ 9,680.63 | |
| | 11/28/2016 | Interest: | $ 5,812.42 | |
| | 11/27/2017 | Interest: | $ 2,535.34 | |
| | 11/26/2018 | Interest: | $ 2,704.59 | |
| | 11/25/2019 | Interest: | $ 2,905.18 | |
| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 50,056.08 | $ 37,344.76 |
| | | Tax Deposit Penalty: | $ 5,005.60 | |
| | | Failure to Pay Penalty: | $ 750.84 | |
| | | Interest: | $ 357.82 | |
| | 08/08/2011 | Tax Deposit Penalty: | $ 2,502.80 | |
| | 11/21/2011 | Collection Fees: | $ 36.00 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 7,758.69 | |
| | 11/25/2013 | Failure to Pay Penalty: | $ 4,004.49 | |
| | 11/24/2014 | Interest: | $ 6,329.75 | |
| | 11/28/2016 | Interest: | $ 3,302.31 | |
| | 11/27/2017 | Interest: | $ 1,884.62 | |
| | 11/26/2018 | Interest: | $ 1,849.43 | |
| | 11/25/2019 | Interest: | $ 1,919.06 | |
| 2011Q2 | 12/05/2011 | Employment Tax (Form 941): | $ 47,614.27 | $ 19,827.53 |
| | | Tax Deposit Penalty: | $ 4,761.43 | |
| | | Failure to Pay Penalty: | $ 1,190.36 | |
| | | Interest: | $ 580.07 | |
| | 01/09/2012 | Tax Deposit Penalty: | $ 2,380.71 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 2,323,76 | |
| | 11/25/2013 | Failure to Pay Penalty: | $ 3,337.10 | |
| | 11/24/2014 | Interest: | $ 3,833.27 | |
| | | Failure to Pay Penalty: | $ 3,754.24 | |
| | 11/28/2016 | Interest: | $ 1,775.84 | |
| | 11/27/2017 | Interest: | $ 1,244.15 | |
| | 11/26/2018 | Interest: | $ 1,268.24 | |
| | 11/25/2019 | Interest: | $ 1,413.93 | |
| | | | Total: | $ 432,696.04 |

18.    The employment tax assessments and accruals described in Paragraph 17, above, are based on employment tax returns (Forms 941) filed by ASAP.

19.    Timely notice of the assessments described in Paragraph 17, above, was given to ASAP, and demand for payment of these assessments was made on ASAP, as required by I.R.C. § 6303.

20.    ASAP submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 17, above. Collection Statute Expiration Date ("CSED") under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2009Q1 | 941 | 08/10/2009 | 08/10/2019 | 702 | 07/12/2021 |
| 2009Q2 | 941 | 10/26/2009 | 10/26/2019 | 702 | 09/27/2021 |
| 2009Q3 | 941 | 02/08/2010 | 02/08/2020 | 702 | 01/10/2022 |
| 2009Q4 | 941 | 04/26/2010 | 04/26/2020 | 702 | 03/29/2022 |
| 2010Q1 | 941 | 08/30/2010 | 08/30/2020 | 702 | 08/02/2022 |
| 2010Q2 | 941 | 09/27/2010 | 09/27/2020 | 702 | 08/30/2022 |
| 2010Q3 | 941 | 02/07/2011 | 02/07/2021 | 702 | 01/10/2023 |
| 2010Q4 | 941 | 05/23/2011 | 05/23/2021 | 672 | 03/26/2023 |
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 672 | 05/07/2023 |
| 2011Q2 | 941 | 12/05/2011 | 12/05/2021 | 672 | 10/08/2023 |

21.    Despite notice and demand for payment of the assessments set forth in Paragraph 17, above, ASAP has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against ASAP, the total sum of $432,696.04, plus interest and other statutory additions as provide by law.

22.   On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Eddies Bookstores* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Type and Amount of Assessment | | Unpaid Balance2 (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q3 | 01/10/2011 | Employment Tax (Form 941): | $ 15,655.77 | $ 12,968.6 |
| | | Tax Deposit Penalty: | $ 1,565.57 | |
| | | Failure to Pay Penalty: | $ 234.84 | |
| | | Interest: | $ 117.96 | |
| | 02/14/2011 | Tax Deposit Penalty: | $ 782.79 | |
| | 08/29/2011 | Collection Fees: | $ 36.00 | |
| | 11/21/2011 | Collection Fees: | $ 90.00 | |
| | 10/29/2012 | Failure to Pay Penalty: | $ 2,739.76 | |
| | 11/04/2013 | Failure to Pay Penalty: | $ 939.34 | |
| | 11/03/2014 | Interest: | $ 2,536.96 | |
| | 11/09/2015 | Interest: | $ 764.72 | |
| | 11/07/2016 | Interest: | $ 643.17 | |
| | 11/06/2017 | Interest: | $ 584.11 | |
| | 11/05/2018 | Interest: | $ 701.71 | |
| | 11/04/2019 | Interest: | $ 721.07 | |
| 2010Q4 | 03/28/2011 | Employment Tax (Form 941): | $ 16,415.11 | $ 14,269.08 |
| | | Late Filing Penalty: | $ 738.68 | |
| | | Tax Deposit Penalty: | $ 1,641.50 | |
| | | Failure to Pay Penalty: | $ 164.15 | |
| | | Interest: | $ 79.13 | |
| | 05/02/2011 | Tax Deposit Penalty: | $ 820.76 | |
| | 10/29/2012 | Failure to Pay Penalty: | $ 2,708.50 | |
| | 11/04/2013 | Failure to Pay Penalty: | $ 1,231.13 | |
| | 11/03/2014 | Interest: | $ 2,580.40 | |
| | 11/09/2015 | Interest: | $ 816.75 | |
| | 11/07/2016 | Interest: | $ 705.03 | |
| | 11/06/2017 | Interest: | $ 654.73 | |
| | 11/05/2018 | Interest: | $ 786.53 | |
| | 11/04/2019 | Interest: | $ 779.89 | |

---

2 Including penalties, statutory accruals, and adjustments or abatements.

| Tax Period | Assessment Dates | Type and Amount of Assessment | | Unpaid Balance2 (as of 9/30/2020) |
|---|---|---|---|---|
| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 12,990.81 | $ 10,306.44 |
| | | Tax Deposit Penalty: | $ 1,299.08 | |
| | | Failure to Pay Penalty: | $ 194.86 | |
| | | Interest: | $ 92.86 | |
| | 08/08/2011 | Tax Deposit Penalty: | $ 649.54 | |
| | 10/29/2012 | Failure to Pay Penalty: | $ 1,883.67 | |
| | 11/04/2013 | Failure to Pay Penalty: | $ 1,169.18 | |
| | 11/03/2014 | Interest: | $ 1,792.49 | |
| | 11/09/2015 | Interest: | $ 621.47 | |
| | 11/07/2016 | Interest: | $ 536.12 | |
| | 11/06/2017 | Interest: | $ 497.57 | |
| | 11/05/2018 | Interest: | $ 597.74 | |
| | 11/04/2019 | Interest: | $ 565.78 | |
| 2011Q2 | 10/03/2011 | Employment Tax (Form 941): | $ 18,010.49 | $ 10,081.82 |
| | | Tax Deposit Penalty: | $ 1,801.05 | |
| | | Failure to Pay Penalty: | $ 270.16 | |
| | | Interest: | $ 125.27 | |
| | 11/07/2011 | Tax Deposit Penalty: | $ 900.52 | |
| | 11/21/2011 | Collection Fees: | $ 50.00 | |
| | 10/29/2012 | Failure to Pay Penalty: | $ 990.45 | |
| | 11/04/2013 | Failure to Pay Penalty: | $ 1,360.58 | |
| | 11/03/2014 | Interest: | $ 1,618.98 | |
| | | Failure to Pay Penalty: | $ 1,440.61 | |
| | 11/09/2015 | Interest: | $ 398.53 | |
| | 11/07/2016 | Interest: | $ 335.72 | |
| | 11/06/2017 | Interest: | $ 482.32 | |
| | 11/05/2018 | Interest: | $ 579.41 | |
| | 11/04/2019 | Interest: | $ 516.58 | |
| | | | Total: | $ 47,625.94 |

23.    The employment tax assessments and accruals described in Paragraph 22, above, are based on employment tax returns (Forms 941) filed by Eddies Bookstores.

24.    Eddies Bookstores submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 22, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 150 | 06/09/2021 |
| 2010Q4 | 941 | 03/28/2011 | 03/28/2021 | 150 | 08/25/2021 |
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 150 | 12/01/2021 |
| 2011Q2 | 941 | 10/03/2011 | 10/03/2021 | 150 | 03/02/2022 |

25.     Timely notice of the assessments described in Paragraph 22, above, was given to Eddies Bookstores, and demand for payment of these assessments was made on Eddies Bookstores, as required by I.R.C. § 6303.

26.     Despite notice and demand for payment of the assessments set forth in Paragraph 22, above, Eddies Bookstores has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Eddies Bookstores, the total sum of $47,625.94, plus interest and other statutory additions as provide by law.

27.     On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Goldie Book Stores* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[3] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q2 | 09/20/2010 | Employment Tax (Form 941): | $ 17,375.51 | $      758.21 |
|  |  | Tax Deposit Penalty: | $ 1,099.33 |  |
|  | 03/14/2011 | Collection Fees: | $ 36.00 |  |
|  | 11/10/2014 | Interest: | $ 51.73 |  |
|  | 11/16/2015 | Interest: | $ 13.11 |  |
|  | 11/14/2016 | Interest: | $ 16.02 |  |
|  | 11/13/2017 | Interest: | $ 18.41 |  |
|  | 11/12/2018 | Interest: | $ 22.20 |  |
|  | 11/11/2019 | Interest: | $ 27.78 |  |
|  | 08/31/2020 | Collection Fees: | $ 216.00 |  |
| 2010Q3 | 01/10/2011 | Employment Tax (Form 941): | $ 14,587.59 | $ 10,236.97 |
|  |  | Tax Deposit Penalty: | $ 1,458.76 |  |
|  |  | Failure to Pay Penalty: | $ 195.60 |  |
|  |  | Interest: | $ 94.72 |  |
|  | 02/14/2011 | Tax Deposit Penalty: | $ 613.28 |  |
|  | 11/05/2012 | Failure to Pay Penalty: | $ 2,453.12 |  |
|  | 11/11/2013 | Failure to Pay Penalty: | $ 429.30 |  |
|  | 11/10/2014 | Interest: | $ 2,028.71 |  |
|  | 11/16/2015 | Interest: | $ 604.96 |  |
|  | 11/14/2016 | Interest: | $ 480.70 |  |
|  | 11/13/2017 | Interest: | $ 421.01 |  |
|  | 11/12/2018 | Interest: | $ 507.90 |  |
|  | 11/11/2019 | Interest: | $ 555.52 |  |
| 2010Q4 | 03/28/2011 | Employment Tax (Form 941): | $ 17,825.41 | $ 15,436.39 |
|  |  | Late Filing Penalty: | $ 802.14 |  |
|  |  | Tax Deposit Penalty: | $ 1,782.54 |  |
|  |  | Failure to Pay Penalty: | $ 178.25 |  |
|  |  | Interest: | $ 85.93 |  |
|  | 05/02/2011 | Tax Deposit Penalty: | $ 891.27 |  |
|  | 05/30/2011 | Collection Fees: | $ 36.00 |  |
|  | 11/05/2012 | Failure to Pay Penalty: | $ 3,386.83 |  |
|  | 11/11/2013 | Failure to Pay Penalty: | $ 891.00 |  |
|  | 11/10/2014 | Interest: | $ 2,834.26 |  |
|  | 11/16/2015 | Interest: | $ 889.03 |  |
|  | 11/14/2016 | Interest: | $ 774.60 |  |
|  | 11/13/2017 | Interest: | $ 731.43 |  |
|  | 11/12/2018 | Interest: | $ 761.70 |  |
|  | 11/11/2019 | Interest: | $ 797.97 |  |
|  |  | **Total:** | | **$ 26,431.57** |

---

[3] Including penalties, statutory accruals, and adjustments or abatements.

28.    The employment tax assessments and accruals described in Paragraph 27, above, are based on employment tax returns (Forms 941) filed by Goldie Book Stores.

29.    Goldie Book Stores submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 27, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q2 | 941 | 09/20/2010 | 09/20/2020 | 157 | 02/24/2021 |
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 157 | 06/16/2021 |
| 2010Q4 | 941 | 03/28/2011 | 03/28/2021 | 157 | 09/01/2023 |

30.    Timely notice of the assessments described in Paragraph 27, above, was given to Goldie Book Stores, and demand for payment of these assessments was made on Goldie Book Stores, as required by I.R.C. § 6303.

31.    Despite notice and demand for payment of the assessments set forth in Paragraph 27, above, Goldie Book Stores has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Goldie Book Stores, the total sum of $26,431.57, plus interest and other statutory additions as provide by law.

32.    On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Archives Management* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[4] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q1 | 08/30/2010 | Employment Tax (Form 941): | $ 68,794.86 | $ 52,138.40 |
| | | Tax Deposit Penalty: | $ 6,336.73 | |
| | | Failure to Pay Penalty: | $ 1,158.80 | |
| | | Interest: | $ 779.81 | |
| | 10/04/2010 | Tax Deposit Penalty: | $ 2,896.99 | |
| | 10/11/2010 | Collection Fees: | $ 36.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 11,298.27 | |
| | 10/13/2014 | Interest: | $ 7,958.14 | |
| | 10/19/2015 | Interest: | $ 1,258.61 | |
| | 10/17/2016 | Interest: | $ 1,506.48 | |
| | 10/16/2017 | Interest: | $ 1,765.75 | |
| | 10/15/2018 | Interest: | $ 2,094.36 | |
| | 10/14/2019 | Interest: | $ 2,663.88 | |
| 2010Q3 | 02/14/2011 | Employment Tax (Form 941): | $ 48,648.30 | $ 51,492.08 |
| | | Tax Deposit Penalty: | $ 4,864.83 | |
| | | Failure to Pay Penalty: | $ 972.97 | |
| | | Interest: | $ 507.75 | |
| | 03/21/2011 | Tax Deposit Penalty: | $ 2,432.41 | |
| | 08/29/2011 | Collection Fees: | $ 50.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 8,026.97 | |
| | 10/14/2013 | Failure to Pay Penalty: | $ 3,162.14 | |
| | 10/13/2014 | Interest: | $ 6,550.99 | |
| | 10/19/2015 | Interest: | $ 1,658.72 | |
| | 10/17/2016 | Interest: | $ 3,136.37 | |
| | 10/16/2017 | Interest: | $ 1,736.53 | |
| | 10/15/2018 | Interest: | $ 2,059.70 | |
| | 10/14/2019 | Interest: | $ 2,619.81 | |
| | 09/21/2020 | Collection Fees: | $ 216.00 | |

[4] Including penalties, statutory accruals, and adjustments or abatements.

| 2010Q4 | 05/23/2011 | Employment Tax (Form 941): | $ 53,051.53 | $ 61,479.86 |
|--------|------------|----------------------------|-------------|-------------|
|        |            | Late Filing Penalty:       | $  4,774.64 |             |
|        |            | Tax Deposit Penalty:       | $  5,305.15 |             |
|        |            | Failure to Pay Penalty:    | $  1,061.03 |             |
|        |            | Interest:                  | $    629.55 |             |
|        | 06/27/2011 | Tax Deposit Penalty:       | $  2,652.58 |             |
|        | 10/08/2012 | Failure to Pay Penalty:    | $  8,488.25 |             |
|        | 10/14/2013 | Failure to Pay Penalty:    | $  3,713.61 |             |
|        | 10/13/2014 | Interest:                  | $  8,122.20 |             |
|        | 10/19/2015 | Interest:                  | $  2,718.07 |             |
|        | 10/17/2016 | Interest:                  | $  2,333.11 |             |
|        | 10/16/2017 | Interest:                  | $  2,082.13 |             |
|        | 10/15/2018 | Interest:                  | $  2,469.59 |             |
|        | 10/14/2019 | Interest:                  | $  3,141.19 |             |
| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 41,151.74 | $ 44,225.49 |
|        |            | Tax Deposit Penalty:       | $  4,115.17 |             |
|        |            | Failure to Pay Penalty:    | $    617.28 |             |
|        |            | Interest:                  | $    294.17 |             |
|        | 08/08/2011 | Tax Deposit Penalty:       | $  2,057.59 |             |
|        | 10/08/2012 | Failure to Pay Penalty:    | $  5,966.99 |             |
|        | 10/14/2013 | Failure to Pay Penalty:    | $  3,703.66 |             |
|        | 10/13/2014 | Interest:                  | $  5,585.99 |             |
|        | 10/19/2015 | Interest:                  | $  1,965.82 |             |
|        | 10/17/2016 | Interest:                  | $  1,683.10 |             |
|        | 10/16/2017 | Interest:                  | $  1,497.77 |             |
|        | 10/15/2018 | Interest:                  | $  1,776.50 |             |
|        | 10/14/2019 | Interest:                  | $  2,259.60 |             |
| 2011Q2 | 10/24/2011 | Employment Tax (Form 941): | $ 41,937.86 | $ 38,822.02 |
|        |            | Tax Deposit Penalty:       | $  4,193.79 |             |
|        |            | Failure to Pay Penalty:    | $    629.07 |             |
|        |            | Interest:                  | $    364.64 |             |
|        | 11/28/2011 | Tax Deposit Penalty:       | $  2,096.89 |             |
|        | 12/19/2011 | Collection Fees:           | $     20.00 |             |
|        | 10/08/2012 | Failure to Pay Penalty:    | $  4,665.01 |             |
|        | 10/14/2013 | Failure to Pay Penalty:    | $  4,822.08 |             |
|        | 10/13/2014 | Interest:                  | $  3,740.60 |             |
|        | 10/19/2015 | Interest:                  | $  1,007.46 |             |
|        | 10/17/2016 | Interest:                  | $  1,012.94 |             |
|        | 10/16/2017 | Interest:                  | $  1,314.77 |             |
|        | 10/15/2018 | Interest:                  | $  1,559.45 |             |
|        | 10/14/2019 | Interest:                  | $  1,983.53 |             |

| 2011Q3 | 01/02/2012 | Employment Tax (Form 941): | $ 44,737.84 | $ 3,623.58 |
|---|---|---|---|---|
| | | Tax Deposit Penalty: | $ 2,469.64 | |
| | | Interest: | $ 0.67 | |
| | 10/10/2011 | Dishonored Payment Penalty: | $ 128.00 | |
| | 10/13/2014 | Interest: | $ 225.90 | |
| | 10/19/2015 | Interest: | $ 87.48 | |
| | 10/17/2016 | Interest: | $ 104.70 | |
| | 10/16/2017 | Interest: | $ 122.71 | |
| | 10/15/2018 | Interest: | $ 145.55 | |
| | 10/14/2019 | Interest: | $ 185.15 | |
| 2011 | 05/07/2012 | Employment Tax (Form 940): | $ 1,240.17 | $ 11,221.01 |
| | 05/23/2011 | Dishonored Payment Penalty: | $ 25.00 | |
| | 02/27/2012 | Dishonored Payment Penalty: | $ 25.00 | |
| | 09/08/2014 | Tax Deposit Penalty: | $ 592.24 | |
| | | Additional Tax: | $ 5,922.44 | |
| | | Interest: | $ 480.94 | |
| | 11/24/2014 | Tax Deposit Penalty: | $ 296.12 | |
| | 10/19/2015 | Interest: | $ 245.49 | |
| | | Failure to Pay Penalty: | $ 740.30 | |
| | 02/08/2016 | Collection Fees: | $ 30.00 | |
| | 10/17/2016 | Interest: | $ 298.32 | |
| | | Failure to Pay Penalty: | $ 710.70 | |
| | 10/15/2018 | Interest: | $ 828.33 | |
| | | Failure to Pay Penalty: | $ 29.61 | |
| | | **Total:** | | **$ 263,002.44** |

33.   The employment tax assessments and accruals described in Paragraph 32, above, are based on employment tax returns (Forms 940 and 941) filed by Archives Management.

34.   Archives Management submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 32, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q1 | 941 | 08/30/2010 | 08/30/2020 | 110 | 12/18/2020 |
| 2010Q3 | 941 | 02/14/2011 | 02/14/2021 | 110 | 06/04/2021 |
| 2010Q4 | 941 | 05/23/2011 | 05/23/2021 | 110 | 08/11/2021 |

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 80 | 09/22/2021 |
| 2011Q2 | 941 | 10/24/2011 | 10/24/2021 | 80 | 01/12/2022 |
| 2011Q3 | 941 | 01/02/2012 | 01/02/2022 | 80 | 03/22/2022 |

35. Timely notice of the assessments described in Paragraph 32, above, was given to Archives Management, and demand for payment of these assessments was made on Archives Management, as required by I.R.C. § 6303.

36. Despite notice and demand for payment of the assessments set forth in Paragraph 32, above, Archives Management has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Archives Management, the total sum of $263,002.44, plus interest and other statutory additions as provide by law.

37. On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Shizue Enterprises* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[5] (as of 9/30/2020) |
|---|---|---|---|---|
| 2009Q3 | 02/08/2010 | Employment Tax (Form 941): | $ 35,925.95 | $ 24,303.39 |
| | | Tax Deposit Penalty: | $ 3,319.55 | |
| | | Failure to Pay Penalty: | $ 609.31 | |
| | | Interest: | $ 335.68 | |
| | 03/15/2010 | Tax Deposit Penalty: | $ 1,523.26 | |
| | 04/05/2010 | Collection Fees: | $ 36.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 7,007.02 | |
| | 10/19/2015 | Interest: | $ 5,852.03 | |
| | 10/17/2016 | Interest: | $ 913.11 | |
| | 10/16/2017 | Interest: | $ 1,070.28 | |
| | 10/15/2018 | Interest: | $ 1,269.43 | |
| | 10/14/2019 | Interest: | $ 1,343,57 | |
| 2009Q4 | 04/26/2010 | Employment Tax (Form 941): | $ 38,056.04 | $ 23,391.08 |
| | | Tax Deposit Penalty: | $ 3,277.87 | |
| | | Failure to Pay Penalty: | $ 412.52 | |
| | | Interest: | $ 257.36 | |
| | 05/31/2010 | Tax Deposit Penalty: | $ 1,375.06 | |
| | 06/07/2010 | Collection Fees: | $ 36.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 6,462.81 | |
| | 10/19/2015 | Interest: | $ 4,820.12 | |
| | 10/17/2016 | Interest: | $ 675.85 | |
| | 10/16/2017 | Interest: | $ 792.18 | |
| | 10/15/2018 | Interest: | $ 939.60 | |
| | 10/14/2019 | Interest: | $ 1,195.12 | |
| 2010Q1 | 08/30/2010 | Employment Tax (Form 941): | $ 32,568.18 | $ 20,191.50 |
| | | Tax Deposit Penalty: | $ 2,856.64 | |
| | | Failure to Pay Penalty: | $ 551.32 | |
| | | Interest: | $ 371.00 | |
| | 10/04/2010 | Tax Deposit Penalty: | $ 1,378.30 | |
| | 10/11/2010 | Collection Fees: | $ 36.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 4,824.05 | |
| | 10/14/2013 | Failure to Pay Penalty: | $ 1,516.13 | |
| | 10/19/2015 | Interest: | $ 4,471.57 | |
| | 10/17/2016 | Interest: | $ 697.71 | |
| | 10/16/2017 | Interest: | $ 886.44 | |
| | 10/15/2018 | Interest: | $ 1,051.41 | |
| | 10/14/2019 | Interest: | $ 1,031.64 | |

[5] Including penalties, statutory accruals, and adjustments or abatements.

| | | | | |
|---|---|---|---|---|
| 2010Q2 | 09/27/2010 | Employment Tax (Form 941): | $ 37,722.99 | $ 14,684.80 |
| | | Late Filing Penalty: | $ 804.12 | |
| | | Tax Deposit Penalty: | $ 3,772.28 | |
| | | Failure to Pay Penalty: | $ 178.69 | |
| | | Interest: | $ 119.06 | |
| | 11/01/2010 | Tax Deposit Penalty: | $ 893.47 | |
| | 02/06/2012 | Collection Fees: | $ 50.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 3,037.79 | |
| | 10/14/2013 | Failure to Pay Penalty: | $ 1,250.86 | |
| | 10/19/2015 | Interest: | $ 2,881.95 | |
| | 10/17/2016 | Interest: | $ 348.41 | |
| | 10/16/2017 | Interest: | $ 489.99 | |
| | 10/15/2018 | Interest: | $ 581.18 | |
| | 10/14/2019 | Interest: | $ 739.23 | |
| | 08/31/2020 | Collection Fees: | $ 216.00 | |
| 2010Q3 | 01/10/2011 | Employment Tax (Form 941): | $ 29,322.04 | $ 15,390.34 |
| | | Tax Deposit Penalty: | $ 2,932.20 | |
| | | Failure to Pay Penalty: | $ 358.05 | |
| | | Interest: | $ 179.86 | |
| | 02/14/2011 | Tax Deposit Penalty: | $ 1,193.50 | |
| | 05/16/2011 | Collection Fees: | $ 36.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 4,774.00 | |
| | 10/14/2013 | Failure to Pay Penalty: | $ 835.45 | |
| | 10/19/2015 | Interest: | $ 3,471.45 | |
| | 10/17/2016 | Interest: | $ 679.27 | |
| | 10/16/2017 | Interest: | $ 750.07 | |
| | 10/15/2018 | Interest: | $ 889.66 | |
| | 10/14/2019 | Interest: | $ 803.21 | |
| 2010Q4 | 05/09/2011 | Employment Tax (Form 941): | $ 32,913.75 | $ 28,322.10 |
| | | Late Filing Penalty: | $ 1,481.12 | |
| | | Tax Deposit Penalty: | $ 3,291.36 | |
| | | Failure to Pay Penalty: | $ 658.27 | |
| | | Interest: | $ 315.22 | |
| | 06/13/2011 | Tax Deposit Penalty: | $ 1,645.69 | |
| | 08/01/2011 | Collection Fees: | $ 36.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 4,937.07 | |
| | 10/14/2013 | Failure to Pay Penalty: | $ 2,633.10 | |
| | 10/19/2015 | Interest: | $ 6,564.89 | |
| | 10/17/2016 | Interest: | $ 1,421.91 | |
| | 10/16/2017 | Interest: | $ 1,286.33 | |
| | 10/15/2018 | Interest: | $ 1,410.34 | |
| | 10/14/2019 | Interest: | $ 1,447.05 | |

| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 21,588.22 | $ 233.41 |
|---|---|---|---|---|
| | | Tax Deposit Penalty: | $ 2,158.82 | |
| | | Failure to Pay Penalty: | $ 323.82 | |
| | | Interest: | $ 154.32 | |
| | 08/08/2011 | Tax Deposit Penalty: | $ 1,079.41 | |
| | 11/29/2011 | Collection Fees: | $ 66.00 | |
| | 10/08/2012 | Failure to Pay Penalty: | $ 3,022.36 | |
| | 10/14/2013 | Failure to Pay Penalty: | $ 2,050.88 | |
| | 10/19/2015 | Interest: | $ 3,966.92 | |
| | 10/17/2016 | Interest: | $ 895.78 | |
| | 10/16/2017 | Interest: | $ 808.06 | |
| | 10/15/2018 | Interest: | $ 399.33 | |
| | 10/14/2019 | Interest: | $ 223.57 | |
| 2011Q2 | 12/26/2011 | Employment Tax (Form 941): | $ 27,062.54 | $ 168.52 |
| | | Tax Deposit Penalty: | $ 2,321.20 | |
| | 10/19/2015 | Interest: | $ 281.34 | |
| | 10/17/2016 | Interest: | $ 93.55 | |
| | 10/16/2017 | Interest: | $ 109.64 | |
| | 10/15/2018 | Interest: | $ 130.05 | |
| | 10/14/2019 | Interest: | $ 165.43 | |
| | | **Total:** | | **$ 126,685.14** |

38.    The employment tax assessments and accruals described in Paragraph 37, above, are based on employment tax returns (Forms 941) filed by Shizue Enterprises.

39.    Shizue Enterprises submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 37, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2009Q3 | 941 | 02/08/2010 | 02/08/2020 | 367 | 02/09/2021 |
| 2009Q4 | 941 | 04/26/2010 | 04/26/2020 | 367 | 04/28/2021 |
| 2010Q1 | 941 | 08/30/2010 | 08/30/2020 | 367 | 09/01/2021 |
| 2010Q2 | 941 | 09/27/2010 | 09/27/2020 | 367 | 09/29/2021 |
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 367 | 12/13/2021 |
| 2010Q4 | 941 | 05/09/2011 | 05/09/2021 | 367 | 04/11/2022 |

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 367 | 06/06/2022 |
| 2011Q2 | 941 | 12/26/2011 | 12/26/2021 | 367 | 11/28/2022 |

40.   Timely notice of the assessments described in Paragraph 37, above, was given to Shizue Enterprises, and demand for payment of these assessments was made on Shizue Enterprises, as required by I.R.C. § 6303.

41.   Despite notice and demand for payment of the assessments set forth in Paragraph 37, above, Shizue Enterprises has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Shizue Enterprises, the total sum of $126,685.14, plus interest and other statutory additions as provide by law.

42.   On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *IRSC* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[6] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q3 | 01/10/2011 | Employment Tax (Form 941): | $ 22,655.37 | $ 10,120.32 |
| | | Tax Deposit Penalty: | $ 1,962.47 | |
| | | Failure to Pay Penalty: | $ 227.20 | |
| | | Interest: | $ 114.13 | |
| | 02/14/2011 | Tax Deposit Penalty: | $ 757.34 | |
| | 10/15/2012 | Failure to Pay Penalty: | $ 2,499.22 | |
| | 10/21/2013 | Failure to Pay Penalty: | $ 1,060.28 | |
| | 10/26/2015 | Interest: | $ 3,154.82 | |
| | 10/24/2016 | Interest: | $ 119.46 | |
| | 10/23/2017 | Interest: | $ 336.74 | |
| | 05/28/2018 | Collections Fees: | $ 165.00 | |
| | 10/22/2018 | Interest: | $ 404.46 | |
| | 10/21/2019 | Interest: | $ 517.57 | |
| 2010Q4 | 04/11/2011 | Employment Tax (Form 941): | $ 22,667.37 | $ 25,569.65 |
| | | Late Filing Penalty: | $ 2,040.06 | |
| | | Tax Deposit Penalty: | $ 2,266.73 | |
| | | Failure to Pay Penalty: | $ 340.01 | |
| | | Interest: | $ 150.05 | |
| | 02/14/2011 | Tax Deposit Penalty: | $ 1,133.37 | |
| | 10/15/2012 | Failure to Pay Penalty: | $ 3,400.10 | |
| | 10/21/2013 | Failure to Pay Penalty: | $ 1,926.73 | |
| | 10/26/2015 | Interest: | $ 4,768.22 | |
| | 10/24/2016 | Interest: | $ 1,006.69 | |
| | 10/23/2017 | Interest: | $ 918.27 | |
| | 05/28/2018 | Collection Fees | $ 165.00 | |
| | 10/22/2018 | Interest: | $ 1,092.09 | |
| | 10/21/2019 | Interest: | $ 1,307.68 | |

[6] Including penalties, statutory accruals, and adjustments or abatements.

| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 17,922.90 | $ 20,321.51 |
|--------|-----------|-----------------------------|-------------|-------------|
|        |           | Tax Deposit Penalty: | $ 1,792.29 | |
|        |           | Failure to Pay Penalty: | $ 268.99 | |
|        |           | Interest: | $ 128.19 | |
|        | 08/08/2011 | Tax Deposit Penalty: | $ 896.64 | |
|        | 08/29/2011 | Collection Fees: | $ 36.00 | |
|        | 10/15/2012 | Failure to Pay Penalty: | $ 2420.95 | |
|        | 10/21/2013 | Failure to Pay Penalty: | $ 1,793..29 | |
|        | 10/26/2015 | Interest: | $ 3,303.62 | |
|        | 10/24/2016 | Interest: | $ 745.83 | |
|        | 10/23/2017 | Interest: | $ 682.50 | |
|        | 05/28/2018 | Collection Fees: | $ 165.00 | |
|        | 10/22/2018 | Interest: | $ 816.33 | |
|        | 10/21/2019 | Interest: | $ 1,039.28 | |
| 2011Q2 | 10/03/2011 | Employment Tax (Form 941): | $ 17,691.19 | $ 16,886.34 |
|        |           | Tax Deposit Penalty: | $ 1,680.20 | |
|        |           | Failure to Pay Penalty: | $ 265.37 | |
|        |           | Interest: | $ 123.04 | |
|        | 11/07/2011 | Tax Deposit Penalty: | $ 884.56 | |
|        | 12/19/2011 | Collection Fees: | $ 20.00 | |
|        | 10/03/2011 | Tax Deposit Penalty: | $ 88.91 | |
|        | 06/18/2012 | Interest: | $ 404.44 | |
|        | 10/15/2012 | Failure to Pay Penalty: | $ 1,859.38 | |
|        | 10/21/2013 | Failure to Pay Penalty: | $ 1,954.51 | |
|        | 10/26/2015 | Interest: | $ 1,716.90 | |
|        | 10/24/2016 | Interest: | $ 484.41 | |
|        | 10/23/2017 | Interest: | $ 564.70 | |
|        | 04/30/2018 | Collection Fees: | $ 36.00 | |
|        | 05/28/2018 | Collection Fees: | $ 165.00 | |
|        | 10/22/2018 | Interest: | $ 676.87 | |
|        | 10/21/2019 | Interest: | $ 863.60 | |
| | | | **Total:** | **$ 72,897.82** |

43.    The employment tax assessments and accruals described in Paragraph 42, above, are based on employment tax returns (Forms 941) filed by IRSC.

44.    Timely notice of the assessments described in Paragraph 42, above, was given to IRSC, and demand for payment of these assessments was made on IRSC, as required by I.R.C. § 6303.

45.    Despite notice and demand for payment of the assessments set forth in Paragraph 42, above, IRSC has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United

States on the tax assessments against IRSC, the total sum of $72,897.82, plus interest and other statutory additions as provide by law.

46.   On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Blue Cove Properties* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[7] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q3 | 01/10/2011 | Employment Tax (Form 941): | $ 15,565,08 | $ 12,430.80 |
| | | Tax Deposit Penalty: | $   1,556.51 | |
| | | Failure to Pay Penalty: | $      208.11 | |
| | | Interest: | $      103.48 | |
| | 02/14/2011 | Tax Deposit Penalty: | $      651.39 | |
| | 06/20/2011 | Collection Fees: | $        36.00 | |
| | 11/21/2011 | Collection Fees: | $        90.00 | |
| | 01/30/2012 | Collection Fees: | $        92.00 | |
| | 11/12/2012 | Failure to Pay Penalty: | $   2,605.58 | |
| | 11/18/2013 | Failure to Pay Penalty: | $      455.98 | |
| | 11/17/2014 | Interest: | $   1,630.64 | |
| | 11/23/2015 | Interest: | $      316.00 | |
| | 11/21/2016 | Interest: | $      366.45 | |
| | 11/20/2017 | Interest: | $      422.72 | |
| | 11/19/2018 | Interest: | $      512.10 | |
| | 11/18/2019 | Interest: | $      638.18 | |

---

[7] Including penalties, statutory accruals, and adjustments or abatements.

| | | | | |
|---|---|---|---|---|
| 2010Q4 | 04/18/2011 | Employment Tax (Form 941): | $ 17,495.20 | $ 21,255.75 |
| | | Late Filing Penalty: | $ 1,574.57 | |
| | | Tax Deposit Penalty: | $ 1,749.52 | |
| | | Failure to Pay Penalty: | $ 262.43 | |
| | | Interest: | $ 130.54 | |
| | 05/23/2011 | Tax Deposit Penalty: | $ 874.76 | |
| | 11/12/2012 | Failure to Pay Penalty: | $ 3,236.61 | |
| | 11/18/2013 | Failure to Pay Penalty: | $ 874.76 | |
| | 11/17/2014 | Interest: | $ 2,842.47 | |
| | 11/23/2015 | Interest: | $ 844.15 | |
| | 11/21/2016 | Interest: | $ 754.82 | |
| | 11/20/2017 | Interest: | $ 720.00 | |
| | 11/19/2018 | Interest: | $ 872.26 | |
| | 11/18/2019 | Interest: | $ 1,086.99 | |
| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 13,742.59 | $ 14,982.80 |
| | | Tax Deposit Penalty: | $ 1,374.25 | |
| | | Failure to Pay Penalty: | $ 206.14 | |
| | | Interest: | $ 98.24 | |
| | 08/08/2011 | Tax Deposit Penalty: | $ 687.13 | |
| | 08/29/2011 | Collection Fees: | $ 36.00 | |
| | 11/12/2012 | Failure to Pay Penalty: | $ 1,923.96 | |
| | 11/18/2013 | Failure to Pay Penalty: | $ 1,305.55 | |
| | 11/17/2014 | Interest: | $ 1,602.73 | |
| | 11/23/2015 | Interest: | $ 375.56 | |
| | 11/21/2016 | Interest: | $ 450.59 | |
| | 11/20/2017 | Interest: | $ 509.50 | |
| | 11/19/2018 | Interest: | $ 617.24 | |
| | 11/18/2019 | Interest: | $ 769.19 | |
| 2011Q2 | 06/30/2011 | Employment Tax (Form 941): | $ 15,624.23 | $ 12,798.10 |
| | | Tax Deposit Penalty: | $ 1,467.31 | |
| | | Failure to Pay Penalty: | $ 234.36 | |
| | | Interest: | $ 108.67 | |
| | 01/09/2012 | Tax Deposit Penalty: | $ 781.21 | |
| | 11/19/2012 | Collection Fees: | $ 50.00 | |
| | 10/03/2011 | Tax Deposit Penalty: | $ 95.11 | |
| | 06/18/2012 | Interest: | $ 340.15 | |
| | 11/12/2012 | Failure to Pay Penalty: | $ 1,626.16 | |
| | 11/18/2013 | Failure to Pay Penalty: | $ 1,575.02 | |
| | 11/17/2014 | Interest: | $ 1,000.42 | |
| | 11/23/2015 | Interest: | $ 334.61 | |
| | 11/21/2016 | Interest: | $ 343.32 | |
| | 11/20/2017 | Interest: | $ 435.21 | |
| | 11/19/2018 | Interest: | $ 527.24 | |
| | 11/18/2019 | Interest: | $ 657.03 | |

| 2011Q3 | 12/12/2011 | Employment Tax (Form 941): | $ 15,973.28 | $ 12,798.10 |
|---|---|---|---|---|
| | | Tax Deposit Penalty: | $ 1,487.84 | |
| | 11/17/2014 | Interest: | $ 136.77 | |
| | 11/23/2015 | Interest: | $ 50.30 | |
| | 11/21/2016 | Interest: | $ 61.86 | |
| | 11/20/2017 | Interest: | $ 70.65 | |
| | 11/19/2018 | Interest: | $ 85.59 | |
| | 11/18/2019 | Interest: | $ 106.67 | |
| | | | **Total:** | **$ 63,545.19** |

47.    The employment tax assessments and accruals described in Paragraph 46, above, are based on employment tax returns (Forms 941) filed by Blue Cove Properties.

48.    Blue Cove Properties submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 46, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 80 | 03/31/2021 |
| 2010Q4 | 941 | 04/18/2011 | 04/18/2021 | 80 | 07/07/2021 |
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 80 | 09/22/2021 |
| 2011Q2 | 941 | 10/03/2011 | 10/03/2021 | 80 | 12/22/2021 |
| 2011Q3 | 941 | 12/12/2011 | 12/12/2021 | 80 | 03/02/2022 |

49.    Timely notice of the assessments described in Paragraph 46, above, was given to Blue Cove Properties, and demand for payment of these assessments was made on Blue Cove Properties, as required by I.R.C. § 6303.

50.    Despite notice and demand for payment of the assessments set forth in Paragraph 46, above, Blue Cove Properties has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Blue Cove Properties, the total sum of $63,545.19, plus interest and other statutory additions as provide by law.

51.   On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Discount Video Center* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[8] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q3 | 02/07/2011 | Employment Tax (Form 941): | $ 27,852.22 | $ 28,724.85 |
| | | Tax Deposit Penalty: | $ 2,785.21 | |
| | | Failure to Pay Penalty: | $ 557.04 | |
| | | Interest: | $ 274.51 | |
| | 03/14/2011 | Tax Deposit Penalty: | $ 1,392.61 | |
| | 11/12/2012 | Failure to Pay Penalty: | $ 4,734.88 | |
| | 11/18/2013 | Failure to Pay Penalty: | $ 1,671.13 | |
| | 11/23/2015 | Interest: | $ 4,173.87 | |
| | 05/28/2018 | Collections Fees: | $ 165.00 | |
| | 11/18/2019 | Interest: | $ 4,392.91 | |
| 2010Q4 | 05/09/2011 | Employment Tax (Form 941): | $ 32,910.72 | $ 37,266.28 |
| | | Late Filing Penalty: | $ 1,480.98 | |
| | | Tax Deposit Penalty: | $ 3,291.07 | |
| | | Failure to Pay Penalty: | $ 658.21 | |
| | | Interest: | $ 315.18 | |
| | 06/13/2011 | Tax Deposit Penalty: | $ 1,645.54 | |
| | 11/12/2012 | Failure to Pay Penalty: | $ 5,759.38 | |
| | 11/18/2013 | Failure to Pay Penalty: | $ 1,810.09 | |
| | 11/23/2015 | Interest: | $ 6,719.65 | |
| | 05/28/2018 | Collection Fees: | $ 165.00 | |
| | 11/18/2019 | Interest: | $ 6,072.37 | |
| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 27,905.11 | $ 29,388.05 |
| | | Tax Deposit Penalty: | $ 2,790.51 | |
| | | Failure to Pay Penalty: | $ 418.58 | |
| | | Interest: | $ 199.47 | |
| | 08/08/2011 | Tax Deposit Penalty: | $ 1,395.26 | |
| | 11/12/2012 | Failure to Pay Penalty: | $ 4,046.23 | |
| | 11/18/2013 | Failure to Pay Penalty: | $ 2,511.46 | |
| | 11/23/2015 | Interest: | $ 5,228.37 | |
| | 05/28/2018 | Collection Fees: | $ 165.00 | |
| | 11/18/2019 | Interest: | $ 4,801.09 | |

---

[8] Including penalties, statutory accruals, and adjustments or abatements.

| 2011Q2 | 10/03/2011 | Employment Tax (Form 941): | $ 22,773.41 | $ 19,171.28 |
|---|---|---|---|---|
| | | Tax Deposit Penalty: | $ 2,277.34 | |
| | | Failure to Pay Penalty: | $ 341.60 | |
| | | Interest: | $ 158.39 | |
| | 11/07/2011 | Tax Deposit Penalty: | $ 1,138.67 | |
| | 12/19/2011 | Collection Fees: | $ 20.00 | |
| | 11/12/2012 | Failure to Pay Penalty: | $ 2,594.02 | |
| | 11/18/2013 | Failure to Pay Penalty: | $ 2,227.15 | |
| | 11/23/2015 | Interest: | $ 3,352.72 | |
| | 05/28/2018 | Collection Fees: | $ 165.00 | |
| | 11/18/2019 | Interest: | $ 3,109.19 | |
| | | **Total:** | | **$ 114,550.46** |

52.    The employment tax assessments and accruals described in Paragraph 51, above, are based on employment tax returns (Forms 941) filed by Discount Video Center.

53.    Discount Video Center submitted at least one request for an installment agreement under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 51, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q3 | 941 | 02/07/2011 | 02/07/2021 | 60 | 01/10/2023 |
| 2010Q4 | 941 | 05/09/2011 | 05/09/2021 | 30 | 03/26/2023 |
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 30 | 05/07/2023 |
| 2011Q2 | 941 | 10/03/2011 | 10/03/2021 | 30 | 10/08/2023 |

54.    Timely notice of the assessments described in Paragraph 51, above, was given to Discount Video Center, and demand for payment of these assessments was made on Discount Video Center, as required by I.R.C. § 6303.

55.    Despite notice and demand for payment of the assessments set forth in Paragraph 51, above, Discount Video Center has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the employment tax assessments against Discount Video Center,

the total sum of $114,550.46, plus interest and other statutory additions as provide by law.

56.   On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Profit Pak* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[9] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q2 | 09/27/2010 | Employment Tax (Form 941): | $ 29,859.50 | $ 6,040.81 |
|  |  | Late Filing Penalty: | $ 186..22 |  |
|  |  | Tax Deposit Penalty: | $ 2,317.67 |  |
|  |  | Failure to Pay Penalty: | $ 41.38 |  |
|  |  | Interest: | $ 27.57 |  |
|  | 11/01/2010 | Interest: | $ 206.91 |  |
|  | 06/06/2011 | Collection Fees: | $ 36.00 |  |
|  | 11/07/2011 | Failure to Pay Penalty: | $ 331.05 |  |
|  | 11/05/2012 | Failure to Pay Penalty: | $ 496.59 |  |
|  | 11/11/2013 | Failure to Pay Penalty: | $ 165.53 |  |
|  | 11/10/2014 | Interest: | $ 809.52 |  |
|  | 11/16/2015 | Interest: | $ 137.89 |  |
|  | 05/28/2018 | Collection Fees: | $ 165.00 |  |
|  | 11/26/2018 | Interest: | $ 596.35 |  |
|  | 11/25/2019 | Interest: | $ 299.29 |  |
|  | 08/31/2020 | Collection Fees: | $ 216.00 |  |
| 2010Q3 | 02/10/2011 | Employment Tax (Form 941): | $ 13,917.42 | $ 16,357.57 |
|  |  | Tax Deposit Penalty: | $ 1,391.74 |  |
|  |  | Failure to Pay Penalty: | $ 208.76 |  |
|  |  | Interest: | $ 104.86 |  |
|  | 02/14/2011 | Tax Deposit Penalty: | $ 695.87 |  |
|  | 11/05/2012 | Failure to Pay Penalty: | $ 2,505.14 |  |
|  | 11/11/2013 | Failure to Pay Penalty: | $ 765.46 |  |
|  | 11/10/2014 | Interest: | $ 2,257.45 |  |
|  | 11/16/2015 | Interest: | $ 676.41 |  |
|  | 05/28/2018 | Collection Fees: | $ 165.00 |  |
|  | 11/26/2018 | Interest: | $ 1,829.93 |  |
|  | 11/25/2019 | Interest: | $ 840.57 |  |

---

[9] Including penalties, statutory accruals, and adjustments or abatements.

| 2010Q4 | 04/11/2011 | Employment Tax (Form 941): | $ | 12,725.18 | $ 17,180.97 |
|---|---|---|---|---|---|
| | | Late Filing Penalty: | $ | 1,145.27 | |
| | | Tax Deposit Penalty: | $ | 1,272.51 | |
| | | Failure to Pay Penalty: | $ | 190.88 | |
| | | Interest: | $ | 84.23 | |
| | 05/16/2011 | Tax Deposit Penalty: | $ | 636.26 | |
| | 11/05/2012 | Failure to Pay Penalty: | $ | 2,099.66 | |
| | 11/11/2013 | Failure to Pay Penalty: | $ | 890.76 | |
| | 11/10/2014 | Interest: | $ | 2,061.53 | |
| | 11/16/2015 | Interest: | $ | 653.49 | |
| | 05/28/2018 | Collection Fees | $ | 165.00 | |
| | 11/26/2018 | Interest: | $ | 1,901.45 | |
| | 11/25/2019 | Interest: | $ | 882.88 | |
| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ | 16,566.88 | $ 18,307.39 |
| | | Tax Deposit Penalty: | $ | 1,656.69 | |
| | | Failure to Pay Penalty: | $ | 248.50 | |
| | | Interest: | $ | 118.43 | |
| | 08/08/2011 | Tax Deposit Penalty: | $ | 828.34 | |
| | 08/29/2011 | Collection Fees: | $ | 66.00 | |
| | 11/05/2012 | Failure to Pay Penalty: | $ | 2,485.03 | |
| | 11/11/2013 | Failure to Pay Penalty: | $ | 1,408.19 | |
| | 11/10/2014 | Interest: | $ | 2,307.67 | |
| | 11/16/2015 | Interest: | $ | 795.26 | |
| | 05/28/2018 | Collection Fees: | $ | 165.00 | |
| | 11/25/2019 | Interest: | $ | 3,004.78 | |
| 2011Q2 | 12/05/2011 | Employment Tax (Form 941): | $ | 26,975.36 | $ 28,049.08 |
| | | Tax Deposit Penalty: | $ | 2,697.53 | |
| | | Failure to Pay Penalty: | $ | 675.38 | |
| | | Interest: | $ | 328.63 | |
| | 01/09/2012 | Tax Deposit Penalty: | $ | 1,348.77 | |
| | 02/06/2012 | Collection Fees: | $ | 78.00 | |
| | 11/05/2012 | Failure to Pay Penalty: | $ | 2,832.42 | |
| | 11/11/2013 | Failure to Pay Penalty: | $ | 3,237.04 | |
| | 11/10/2014 | Interest: | $ | 2,839.45 | |
| | 11/16/2015 | Interest: | $ | 703.83 | |
| | 05/28/2018 | Collection Fees: | $ | 165.00 | |
| | 11/25/2019 | Interest: | $ | 4,418.79 | |
| 2011Q3 | 01/02/2012 | Employment Tax (Form 941): | $ | 21,104.83 | $ 2,647.65 |
| | | Tax Deposit Penalty: | $ | 1,757.94 | |
| | | Failure to Pay Penalty: | $ | 47.49 | |
| | | Interest: | $ | 10.97 | |
| | 03/05/2012 | Collection Fees: | $ | 50.00 | |
| | 11/10/2014 | Interest: | $ | 157.67 | |
| | 11/16/2015 | Interest: | $ | 59.57 | |
| | 05/28/2018 | Collection Fees: | $ | 165.00 | |
| | 11/26/2018 | Interest: | $ | 265.92 | |
| | 11/25/2019 | Interest: | $ | 136.06 | |

| 2011 | 04/11/2011 | Employment Tax (Form 940): | $ | 680.03 | $ 1,226.99 |
| | | Late Filing Penalty: | $ | 49.13 | |
| | | Failure to Pay Penalty: | $ | 8.19 | |
| | | Interest: | $ | 3.61 | |
| | 11/05/2012 | Failure to Pay Penalty: | $ | 90.06 | |
| | 11/11/2013 | Failure to Pay Penalty: | $ | 38.21 | |
| | 11/10/2014 | Interest: | $ | 78.82 | |
| | 11/16/2015 | Interest: | $ | 25.19 | |
| | 05/28/2018 | Collection Fees: | $ | 165.00 | |
| | 11/26/2018 | Interest: | $ | 114.91 | |
| | 11/25/2019 | Interest: | $ | 63.05 | |
| | | | | **Total:** | **$ 89,810.46** |

57.    The employment tax assessments and accruals described in Paragraph 56, above, are based on employment tax returns (Forms 940 and 941) filed by Profit Pak.

58.    Profit Pak submitted at least one request for an installment agreement under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 56, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q2 | 941 | 09/27/2010 | 09/27/2020 | 60 | 12/16/2020 |
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 60 | 03/31/2021 |
| 2010Q4 | 941 | 04/11/2011 | 04/11/2021 | 60 | 06/30/2021 |
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 60 | 09/22/2021 |
| 2011Q2 | 941 | 12/05/2011 | 12/05/2021 | 60 | 02/23/2022 |
| 2011Q3 | 941 | 01/02/2012 | 01/02/2022 | 60 | 03/23/2022 |
| 2011 | 940 | 04/11/2011 | 04/11/2021 | 60 | 06/30/2021 |

59.    Timely notice of the assessments described in Paragraph 56, above, was given to Profit Pak, and demand for payment of these assessments was made on Profit Pak, as required by I.R.C. § 6303.

60.    Despite notice and demand for payment of the assessments set forth in Paragraph 56, above, Profit Pak has neglected, refused, or failed to pay the assessments

against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Profit Pak, the total sum of $89,810.46, plus interest and other statutory additions as provide by law.

61.   On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Hideaway Books* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[10] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q2 | 09/27/2010 | Employment Tax (Form 941): | $ 15,539.75 | $ 2,684.33 |
| | | Late Filing Penalty: | $ 99.25 | |
| | | Tax Deposit Penalty: | $ 1,091.59 | |
| | | Failure to Pay Penalty: | $ 22.06 | |
| | | Interest: | $ 14.70 | |
| | 11/01/2010 | Tax Deposit Penalty: | $ 110.28 | |
| | 02/03/2014 | Collection Fees: | $ 20.00 | |
| | 11/02/2015 | Interest: | $ 409.78 | |
| | | Failure to Pay Penalty: | $ 529.32 | |
| | 10/31/2016 | Interest: | $ 68.36 | |
| | 11/30/2017 | Interest: | $ 83.71 | |
| | 10/29/2018 | Interest: | $ 100.14 | |
| | 10/28/2019 | Interest: | $ 126.33 | |
| | 08/31/2020 | Collection Fees: | $ 216.00 | |
| 2010Q3 | 01/10/2011 | Employment Tax (Form 941): | $ 12,639.83 | $ 7,799.59 |
| | | Tax Deposit Penalty: | $ 1,263.98 | |
| | | Failure to Pay Penalty: | $ 169.94 | |
| | | Interest: | $ 82.38 | |
| | 02/14/2011 | Tax Deposit Penalty: | $ 533.68 | |
| | 05/30/2011 | Collection Fees: | $ 36.00 | |
| | 10/22/2012 | Failure to Pay Penalty: | $ 2,020.63 | |
| | 10/28/2013 | Failure to Pay Penalty: | $ 476.63 | |
| | 11/02/2015 | Interest: | $ 1,539.16 | |
| | 10/31/2016 | Interest: | $ 279.67 | |
| | 10/30/2017 | Interest: | $ 327.06 | |
| | 10/29/2018 | Interest: | $ 391.24 | |
| | 10/28/2019 | Interest: | $ 408.00 | |

---

[10] Including penalties, statutory accruals, and adjustments or abatements.

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[10] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q4 | 03/28/2011 | Employment Tax (Form 941): | $ 14,984.49 | $ 13,003.78 |
| | | Late Filing Penalty: | $ 674.30 | |
| | | Tax Deposit Penalty: | $ 1,498.44 | |
| | | Failure to Pay Penalty: | $ 149.00 | |
| | | Interest: | $ 72.24 | |
| | 05/02/2011 | Tax Deposit Penalty: | $ 749.22 | |
| | 10/22/2012 | Failure to Pay Penalty: | $ 2,697.21 | |
| | 10/28/2013 | Failure to Pay Penalty: | $ 899.07 | |
| | 11/02/2015 | Interest: | $ 3,096.43 | |
| | 10/31/2016 | Interest: | $ 637.25 | |
| | 10/30/2017 | Interest: | $ 580.46 | |
| | 10/29/2018 | Interest: | $ 694.38 | |
| | 10/28/2019 | Interest: | $ 730.96 | |
| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 11,766.33 | $ 9,331.00 |
| | | Tax Deposit Penalty: | $ 1,176.49 | |
| | | Failure to Pay Penalty: | $ 84.11 | |
| | 08/08/2011 | Interest: | $ 588.32 | |
| | 08/29/2011 | Collection Fees: | $ 66.00 | |
| | 10/22/2012 | Failure to Pay Penalty: | $ 1,588.46 | |
| | 10/28/2013 | Failure to Pay Penalty: | $ 1,176.63 | |
| | 11/02/2015 | Interest: | $ 2,182.37 | |
| | 10/31/2016 | Interest: | $ 477.44 | |
| | 10/30/2017 | Interest: | $ 430.35 | |
| | 10/29/2018 | Interest: | $ 514.79 | |
| | 10/28/2019 | Interest: | $ 493.58 | |
| | | | Total: | $ 32,818.70 |

62.   The employment tax assessments and accruals described in Paragraph 61, above, are based on employment tax returns (Forms 941) filed by Hideaway Books.

63.   Hideaway Books submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 61, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q2 | 941 | 09/27/2010 | 09/27/2020 | 107 | 01/12/2021 |
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 77 | 03/28/2021 |
| 2010Q4 | 941 | 03/28/2011 | 03/28/2021 | 77 | 06/13/2021 |
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 77 | 06/19/2021 |

64.    Timely notice of the assessments described in Paragraph 61, above, was given to Hideaway Books, and demand for payment of these assessments was made on Hideaway Books, as required by I.R.C. § 6303.

65.    Despite notice and demand for payment of the assessments set forth in Paragraph 61, above, Hideaway Books has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Hideaway Books, the total sum of $32,818.70, plus interest and other statutory additions as provide by law.

66.    On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Stans Video* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[11] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q3 | 02/07/2011 | Employment Tax (Form 941): | $ 8,546.76 | $ 5,942.83 |
| | | Tax Deposit Penalty: | $ 854.68 | |
| | | Failure to Pay Penalty: | $ 113.96 | |
| | | Interest: | $ 56.65 | |
| | 02/14/2011 | Tax Deposit Penalty: | $ 356.16 | |
| | 06/20/2011 | Collection Fees: | $ 72.00 | |
| | 10/15/2012 | Failure to Pay Penalty: | $ 1,353.40 | |
| | 10/21/2013 | Failure to Pay Penalty: | $ 320.54 | |
| | 10/26/2015 | Interest: | $ 1,521.91 | |
| | 10/24/2016 | Interest: | $ 270.29 | |
| | 10/23/2017 | Interest: | $ 213.91 | |
| | 10/22/2018 | Interest: | $ 254.81 | |
| | 10/21/2019 | Interest: | $ 309.71 | |
| 2010Q4 | 03/28/2011 | Employment Tax (Form 941): | $ 9,696.67 | $ 8,366.86 |
| | | Late Filing Penalty: | $ 436.35 | |
| | | Tax Deposit Penalty: | $ 969.66 | |
| | | Failure to Pay Penalty: | $ 96.97 | |
| | | Interest: | $ 46.75 | |
| | 05/02/2011 | Tax Deposit Penalty: | $ 484.83 | |
| | 10/15/2012 | Failure to Pay Penalty: | $ 1,745.39 | |
| | 10/21/2013 | Failure to Pay Penalty: | $ 581.80 | |
| | 10/26/2015 | Failure to Pay Penalty: | $ 1,995.95 | |
| | 10/24/2016 | Interest: | $ 407.22 | |
| | 10/23/2017 | Interest: | $ 361.97 | |
| | 10/22/2018 | Interest: | $ 431.17 | |
| | 10/21/2019 | Interest: | $ 464.19 | |
| | | | **Total:** | **$ 14,309.69** |

67.    The employment tax assessments and accruals described in Paragraph 66, above, are based on employment tax returns (Forms 941) filed by Stans Video.

68.    Stans Video submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 66, above. CSED under I.R.C. § 6502 was therefore extended as follows:

---

[11] Including penalties, statutory accruals, and adjustments or abatements.

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|------------|----------|-----------------|---------------|---------------------------|--------------|
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 155 | 06/14/2021 |
| 2010Q4 | 941 | 03/28/2011 | 03/28/2021 | 155 | 08/30/2021 |

69.   Timely notice of the assessments described in Paragraph 66, above, was given to Stans Video, and demand for payment of these assessments was made on Stans Video, as required by I.R.C. § 6303.

70.   Despite notice and demand for payment of the assessments set forth in Paragraph 66, above, Stans Video has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Stans Video, the total sum of $14,309.69, plus interest and other statutory additions as provide by law.

71.   On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Turk Street Books* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[12] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q3 | 01/10/2011 | Employment Tax (Form 941): | $ 14,708.07 | $ 9,663.00 |
| | | Tax Deposit Penalty: | $ 1,470.81 | |
| | | Failure to Pay Penalty: | $ 197.42 | |
| | | Interest: | $ 98.21 | |
| | 02/14/2011 | Tax Deposit Penalty: | $ 619.44 | |
| | 05/30/2011 | Collection Fees: | $ 36.00 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 2,477.75 | |
| | 11/25/2013 | Failure to Pay Penalty: | $ 433.61 | |
| | 11/24/2014 | Failure to Pay Penalty: | $ 2,072.36 | |
| | 11/30/2015 | Interest: | $ 543.15 | |
| | 11/28/2016 | Interest: | $ 184.66 | |
| | 11/27/2017 | Interest: | $ 412.98 | |
| | 11/26/2018 | Interest: | $ 502.42 | |
| | 11/25/2019 | Interest: | $ 524.58 | |
| 2010Q4 | 03/28/2011 | Employment Tax (Form 941): | $ 16,371.53 | $ 11,968.70 |
| | | Late Filing Penalty: | $ 736.72 | |
| | | Tax Deposit Penalty: | $ 1,637.15 | |
| | | Failure to Pay Penalty: | $ 163.73 | |
| | | Interest: | $ 78.92 | |
| | 05/02/2011 | Tax Deposit Penalty: | $ 818.58 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 3,110.59 | |
| | 11/25/2013 | Failure to Pay Penalty: | $ 818.57 | |
| | 11/24/2014 | Interest:: | $ 2,624.92 | |
| | 11/30/2015 | Interest: | $ 816.18 | |
| | 11/28/2016 | Interest: | $ 698.48 | |
| | 11/27/2017 | Interest: | $ 662.74 | |
| | 11/26/2018 | Interest: | $ 806.26 | |
| | 11/25/2019 | Interest: | $ 758.44 | |

[12] Including penalties, statutory accruals, and adjustments or abatements.

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[12] (as of 9/30/2020) |
|---|---|---|---|---|
| 2011Q1 | 07/04/2011 | Employment Tax (Form 941): | $ 15,099.18 | $ 6,934.37 |
| | | Tax Deposit Penalty: | $ 1,509.92 | |
| | | Failure to Pay Penalty: | $ 226.49 | |
| | | Interest: | $ 107.93 | |
| | 08/08/2011 | Tax Deposit Penalty: | $ 754.96 | |
| | 08/29/2011 | Collection Fees: | $ 66.00 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 2,189.38 | |
| | 11/25/2013 | Failure to Pay Penalty | $ 1,358.93 | |
| | 11/24/2014 | Interest: | $ 2,124.09 | |
| | 11/30/2015 | Interest: | $ 725.64 | |
| | 11/28/2016 | Interest: | $ 604.25 | |
| | 11/27/2017 | Interest: | $ 563.10 | |
| | 11/26/2018 | Interest: | $ 685.05 | |
| | 11/25/2019 | Interest: | $ 615.03 | |
| 2011Q2 | 10/03/2011 | Employment Tax (Form 941): | $ 12,444.47 | $ 84.15 |
| | | Tax Deposit Penalty: | $ 1,244.44 | |
| | | Failure to Pay Penalty: | $ 186.67 | |
| | | Interest: | $ 86.55 | |
| | 11/07/2011 | Tax Deposit Penalty: | $ 622.22 | |
| | 11/21/2011 | Collection Fees: | $ 50.00 | |
| | 11/19/2012 | Failure to Pay Penalty: | $ 705.21 | |
| | 11/25/2013 | Failure to Pay Penalty: | $ 829.68 | |
| | 11/24/2014 | Interest: | $ 1,116.60 | |
| | | Failure to Pay Penalty: | $ 933.39 | |
| | 11/30/2015 | Interest: | $ 257.74 | |
| | 11/28/2016 | Interest: | $ 237.64 | |
| | 11/27/2017 | Interest: | $ 316.46 | |
| | 11/26/2018 | Interest: | $ 384.99 | |
| | 11/25/2019 | Interest: | $ 356.34 | |
| | | | Total: | $ 42,902.95 |

72.   The employment tax assessments and accruals described in Paragraph 71, above, are based on employment tax returns (Forms 941) filed by Turk Street Books.

73.   Turk Street Books submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 71, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 60 | 03/31/2021 |
| 2010Q4 | 941 | 03/28/2011 | 04/11/2021 | 80 | 06/16/2021 |
| 2011Q1 | 941 | 07/04/2011 | 07/04/2021 | 80 | 09/22/2022 |
| 2011Q2 | 941 | 10/03/2011 | 12/05/2021 | 80 | 12/22/2021 |
| 2011Q3 | 941 | 12/26/2012 | 01/02/2022 | 80 | 03/16/2022 |

74.    Timely notice of the assessments described in Paragraph 71, above, was given to Turk Street Books, and demand for payment of these assessments was made on Turk Street Books, as required by I.R.C. § 6303.

75.    Despite notice and demand for payment of the assessments set forth in Paragraph 71, above, Turk Street Books has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Turk Street Books, the total sum of $42,902.95, plus interest and other statutory additions as provide by law.

76.    On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made timely assessments against *Federated Books* for federal tax liabilities, penalties, interest, and other statutory additions as follows:

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[13] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q2 | 10/04/2010 | Employment Tax (Form 941): | $ 25,907.85 | $ 4,361.24 |
| | | Late Filing Penalty: | $ 165.19 | |
| | | Tax Deposit Penalty: | $ 1,852.32 | |
| | | Failure to Pay Penalty: | $ 51.78 | |
| | | Interest: | $ 25.48 | |
| | 11/08/2010 | Tax Deposit Penalty: | $ 150.74 | |
| | 10/14/2013 | Collection Fees: | $ 30.00 | |
| | 10/20/2014 | Interest: | $ 560.43 | |
| | | Failure to Pay Penalty: | $ 708.46 | |
| | 10/24/2016 | Interest: | $ 106.02 | |
| | 10/23/2017 | Interest: | $ 100.47 | |
| | 10/22/2018 | Interest: | $ 136.04 | |
| | 05/28/2018 | Collection Fees: | $ 165.00 | |
| | 10/22/2018 | Interest: | $ 165.39 | |
| | 10/21/2019 | Interest: | $ 214.73 | |
| | 08/31/2020 | Collection Fees: | $ 162.00 | |
| 2010Q3 | 01/10/2011 | Employment Tax (Form 941): | $ 12,251.45 | $ 10,466.71 |
| | | Tax Deposit Penalty: | $ 1,225.14 | |
| | | Failure to Pay Penalty: | $ 183.77 | |
| | | Interest: | $ 92.31 | |
| | 02/14/2011 | Tax Deposit Penalty: | $ 612.57 | |
| | 08/29/2011 | Collection Fees: | $ 36.00 | |
| | 10/15/2012 | Failure to Pay Penalty: | $ 2,144.00 | |
| | 10/21/2013 | Failure to Pay Penalty: | $ 735.09 | |
| | 10/20/2014 | Interest: | $ 1,969.10 | |
| | 10/26/2015 | Interest: | $ 598.78 | |
| | 10/24/2016 | Interest: | $ 525.67 | |
| | 10/23/2017 | Interest: | $ 485.76 | |
| | 05/28/2018 | Collection Fees: | $ 165.00 | |
| | 10/22/2018 | Interest: | $ 581.98 | |
| | 10/21/2019 | Interest: | $ 590.28 | |

[13] Including penalties, statutory accruals, and adjustments or abatements.

| Tax Period | Assessment Dates | Amount and Type of Assessment | | Unpaid Balance[13] (as of 9/30/2020) |
|---|---|---|---|---|
| 2010Q4 | 03/28/2011 | Employment Tax (Form 941): | $ 12,842.82 | $ 11,344.44 |
| | | Late Filing Penalty: | $ 577.93 | |
| | | Tax Deposit Penalty: | $ 1,239.28 | |
| | | Failure to Pay Penalty: | $ 128.43 | |
| | | Interest: | $ 61.91 | |
| | 05/02/2011 | Tax Deposit Penalty: | $ 619.64 | |
| | 10/15/2012 | Failure to Pay Penalty: | $ 2,119.06 | |
| | 10/21/2013 | Failure to Pay Penalty: | $ 963.22 | |
| | 10/20/2014 | Interest: | $ 1,990.95 | |
| | 10/26/2015 | Interest: | $ 636.05 | |
| | 10/24/2016 | Interest: | $ 567.25 | |
| | 10/23/2017 | Interest: | $ 532.12 | |
| | 05/28/2018 | Collection Fees: | $ 165.00 | |
| | 10/22/2018 | Interest: | $ 637.22 | |
| | 10/21/2019 | Interest: | $ 639.08 | |
| | | | Total: | $ 26,172.39 |

77.   The employment tax assessments and accruals described in Paragraph 76, above, are based on employment tax returns (Forms 941) filed by Federated Books.

78.   Federated Books submitted multiple requests for installment agreements under I.R.C. § 6159, relating to its tax liabilities described in Paragraph 76, above. CSED under I.R.C. § 6502 was therefore extended as follows:

| Tax Period | Tax Type | Assessment Date | Original CSED | No. of Days CSED Extended | Current CSED |
|---|---|---|---|---|---|
| 2010Q2 | 941 | 10/04/2010 | 10/04/2020 | 157 | 03/10/2021 |
| 2010Q3 | 941 | 01/10/2011 | 01/10/2021 | 157 | 06/16/2021 |
| 2010Q4 | 941 | 03/28/2011 | 03/28/2021 | 157 | 09/01/2021 |

79.   Timely notice of the assessments described in Paragraph 76, above, was given to Federated Books, and demand for payment of these assessments was made on Federated Books, as required by I.R.C. § 6303.

80.    Despite notice and demand for payment of the assessments set forth in Paragraph 76, above, Federated Books has neglected, refused, or failed to pay the assessments against it and, as of September 30, 2020, there remains due and owing to the United States on the tax assessments against Federated Books, the total sum of $26,172.39, plus interest and other statutory additions as provide by law.

### COUNT ONE
*Reduce to Judgment Federal Tax Assessments against*
*defendants ASAP, Eddies Bookstores, Goldie Book Stores, Archives Management,*
*Shizue Enterprises, IRSC, Blue Cove Properties, Discount Video Center, Profit Pak,*
*Hideaway Books, Stans Video, Turk Street Books, and Federated Books*

81.    The United States incorporates by reference the allegations in Paragraphs 1 through 80.

82.    Pursuant to I.R.C. § 6502, the statute of limitation on collection of the taxes described in Paragraphs 17 through 80, above, expires 10 years after the assessment of the tax. Under I.R.C. § 6331(k)(2), the statute of limitations is tolled for the period in which the IRS is considering the installment agreement and for thirty days after rejection or termination.

83.    This action is timely filed.

84.    Despite proper notice and demand for payment, ASAP has not paid the full amount of the assessed federal tax liabilities described in Paragraph 17, above, and is indebted to the United States in the amount of $432,696.04 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

85.    Under I.R.C. § 7402(a), the United States is entitled to judgment against ASAP for the unpaid balance of federal tax assessments described in Paragraph 17.

86.    Despite proper notice and demand for payment, Eddies Bookstores has not paid the full amount of the assessed federal tax liabilities described in Paragraph 22,

above, and is indebted to the United States in the amount of $47,625.94 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

87.   Under I.R.C. § 7402(a), the United States is entitled to judgment against Eddies Bookstores for the unpaid balance of federal tax assessments described in Paragraph 22.

88.   Despite proper notice and demand for payment, Goldie Book Stores has not paid the full amount of the assessed federal tax liabilities described in Paragraph 27, above, and is indebted to the United States in the amount of $26,431.57 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

89.   Under I.R.C. § 7402(a), the United States is entitled to judgment against Goldie Book Stores for the unpaid balance of federal tax assessments described in Paragraph 27.

90.   Despite proper notice and demand for payment, Archives Management has not paid the full amount of the assessed federal tax liabilities described in Paragraph 32, above, and is indebted to the United States in the amount of $263,002.44 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

91.   Under I.R.C. § 7402(a), the United States is entitled to judgment against Archives Management for the unpaid balance of federal tax assessments described in Paragraph 32.

92.   Despite proper notice and demand for payment, Shizue Enterprises has not paid the full amount of the assessed federal tax liabilities described in Paragraph 37, above, and is indebted to the United States in the amount of $126,685.14 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

93.   Under I.R.C. § 7402(a), the United States is entitled to judgment against Shizue Enterprises for the unpaid balance of federal tax assessments described in Paragraph 37.

94.   Despite proper notice and demand for payment, IRSC has not paid the full amount of the assessed federal tax liabilities described in Paragraph 42, above, and is

indebted to the United States in the amount of $72,897.82 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

95.    Under I.R.C. § 7402(a), the United States is entitled to judgment against IRSC for the unpaid balance of federal tax assessments described in Paragraph 42.

96.    Despite proper notice and demand for payment, Blue Cove Properties has not paid the full amount of the assessed federal tax liabilities described in Paragraph 46, above, and is indebted to the United States in the amount of $63,545.19 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

97.    Under I.R.C. § 7402(a), the United States is entitled to judgment against Blue Cove Properties for the unpaid balance of federal tax assessments described in Paragraph 46.

98.    Despite proper notice and demand for payment, Discount Video Center has not paid the full amount of the assessed federal tax liabilities described in Paragraph 51, above, and is indebted to the United States in the amount of $114,550.46 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

99.    Under I.R.C. § 7402(a), the United States is entitled to judgment against Discount Video Center for the unpaid balance of federal tax assessments described in Paragraph 51.

100.  Despite proper notice and demand for payment, Profit Pak has not paid the full amount of the assessed federal tax liabilities described in Paragraph 56, above, and is indebted to the United States in the amount of $89,810.46 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

101.  Under I.R.C. § 7402(a), the United States is entitled to judgment against Profit Pak for the unpaid balance of federal tax assessments described in Paragraph 56.

102.  Despite proper notice and demand for payment, Hideaway Books has not paid the full amount of the assessed federal tax liabilities described in Paragraph 61, above,

and is indebted to the United States in the amount of $32,818.70 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

103.  Under I.R.C. § 7402(a), the United States is entitled to judgment against Hideaway Books for the unpaid balance of federal tax assessments described in Paragraph 61.

104.  Despite proper notice and demand for payment, Stans Video has not paid the full amount of the assessed federal tax liabilities described in Paragraph 66, above, and is indebted to the United States in the amount of $14,309.69 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

105.  Under I.R.C. § 7402(a), the United States is entitled to judgment against Stans Video for the unpaid balance of federal tax assessments described in Paragraph 66.

106.  Despite proper notice and demand for payment, Turk Street Books has not paid the full amount of the assessed federal tax liabilities described in Paragraph 71, above, and is indebted to the United States in the amount of $42,902.95 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

107.  Under I.R.C. § 7402(a), the United States is entitled to judgment against Turk Street Books for the unpaid balance of federal tax assessments described in Paragraph 71.

108.  Despite proper notice and demand for payment, Federated Books has not paid the full amount of the assessed federal tax liabilities described in Paragraph 76, above, and is indebted to the United States in the amount of $26,172.39 (as of September 30, 2020), plus all interest and statutory additions accruing thereafter.

109.  Under I.R.C. § 7402(a), the United States is entitled to judgment against Federated Books for the unpaid balance of federal tax assessments described in Paragraph 76.

WHEREFORE, the United States respectfully requests this Court to enter judgment in its favor and against Defendants as follows:

a.   Enter judgment against *ASAP* for $432,696.04, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

b.   Enter judgment against *Eddies Bookstores* for $47,625.94, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

c.   Enter judgment against *Goldie Book Stores* for $26,431.57, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

d.   Enter judgment against *Archives Management* for $263,002.44, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

e.   Enter judgment against *Shizue Enterprises* for $126,685.14, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

f.   Enter judgment against *IRSC* for $72,897.82, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

g.   Enter judgment against *Blue Cove Properties* for $63,545.19, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

h.   Enter judgment against *Discount Video Center* for $114,550.46, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

i.    Enter judgment against **Profit Pak** for $89,810.46, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

j.    Enter judgment against **Hideaway Books** for $32,818.70, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

k.    Enter judgment against **Stans Video** for $14,309.69, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

l.    Enter judgment against **Turk Street Books** for $42,902.95, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid;

m.    Enter judgment against **Federated Books** for $26,172.39, plus interest and statutory additions, which have accrued and will continue to accrue according to law from September 30, 2020, until the judgment is paid; and

n.    Award the United States its costs and other relief as is just and equitable. Respectfully submitted on this 16th day of December, 2020.

RICHARD E. ZUCKERMAN
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL

*/s/ Mahana K. Weidler*
MAHANA K. WEIDLER
TRIAL ATTORNEY, TAX DIVISION
U.S. DEPARTMENT OF JUSTICE

*Of Counsel:*

DAVID L. ANDERSON
UNITED STATES ATTORNEY

*Counsel for the United States of America*

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

1   U.S. Government Plaintiff

2   U.S. Government Defendant

3   Federal Question
*(U.S. Government Not a Party)*

4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*   *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| | 350 Motor Vehicle | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 480 Consumer Credit |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 160 Stockholders' Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | **IMMIGRATION** | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 190 Other Contract | 362 Personal Injury -Medical Malpractice | | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 195 Contract Product Liability | | | 465 Other Immigration Actions | 864 SSID Title XVI | 891 Agricultural Acts |
| 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | 440 Other Civil Rights | **HABEAS CORPUS** | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 210 Land Condemnation | 441 Voting | 463 Alien Detainee | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 442 Employment | 510 Motions to Vacate Sentence | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 443 Housing/ Accommodations | 530 General | | | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | |
| 245 Tort Product Liability | 446 Amer. w/Disabilities–Other | **OTHER** | | | |
| 290 All Other Real Property | 448 Education | 540 Mandamus & Other | | | |
| | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

1   Original Proceeding

2   Removed from State Court

3   Remanded from Appellate Court

4   Reinstated or Reopened

5   Transferred from Another District *(specify)*

6   Multidistrict Litigation–Transfer

8   Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   Yes   No

## VIII. RELATED CASE(S), IF ANY *(See instructions):*

JUDGE

DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)

**(Place an "X" in One Box Only)**    **SAN FRANCISCO/OAKLAND**    **SAN JOSE**    **EUREKA-MCKINLEYVILLE**

**DATE**

**SIGNATURE OF ATTORNEY OF RECORD**

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-CAND 44

**Authority For Civil Cover Sheet.** The JS-CAND 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. a)  Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**b)  County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**c)  Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)."

**II.  Jurisdiction.** The basis of jurisdiction is set forth under Federal Rule of Civil Procedure 8(a), which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

(1)  United States plaintiff. Jurisdiction based on 28 USC §§ 1345 and 1348. Suits by agencies and officers of the United States are included here.

(2)  United States defendant. When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

(3)  Federal question. This refers to suits under 28 USC § 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

(4)  Diversity of citizenship. This refers to suits under 28 USC § 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.  Residence (citizenship) of Principal Parties.** This section of the JS-CAND 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.  Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.  Origin.** Place an "X" in one of the six boxes.

(1)  Original Proceedings. Cases originating in the United States district courts.

(2)  Removed from State Court. Proceedings initiated in state courts may be removed to the district courts under Title 28 USC § 1441. When the petition for removal is granted, check this box.

(3)  Remanded from Appellate Court. Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

(4)  Reinstated or Reopened. Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

(5)  Transferred from Another District. For cases transferred under Title 28 USC § 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

(6)  Multidistrict Litigation Transfer. Check this box when a multidistrict case is transferred into the district under authority of Title 28 USC § 1407. When this box is checked, do not check (5) above.

(8)  Multidistrict Litigation Direct File. Check this box when a multidistrict litigation case is filed in the same district as the Master MDL docket.

Please note that there is no Origin Code 7. Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI.  Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC § 553. Brief Description: Unauthorized reception of cable service.

**VII.  Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Federal Rule of Civil Procedure 23.

Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-CAND 44 is used to identify related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**IX.  Divisional Assignment.** If the Nature of Suit is under Property Rights or Prisoner Petitions or the matter is a Securities Class Action, leave this section blank. For all other cases, identify the divisional venue according to Civil Local Rule 3-2: "the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated."

**Date and Attorney Signature.** Date and sign the civil cover sheet.