# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSOCIATED SYSTEMS APPLICATION PROFESSIONALS, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-09101-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Sturman v. United States of America,* 20-cv-07564-JSC.

**IT IS SO ORDERED.**

Dated: April 9, 2021

                                                THOMAS S. HIXSON<br>
                                                United States Magistrate Judge